UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CATHERINE SHEA,

                               Plaintiff,                      **ORDER**
                                                                                      CV 06-6259 (SJF) (ARL)

     -against-

SUFFOLK COUNTY CORRECTIONAL
FACILITY, et al.,

                               Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letter dated October 29, 2007, the defendants seek dismissal of this case based on the plaintiff's failure to prosecute. According to the defendants, the plaintiff has failed to participate in discovery. To date, the plaintiff has not responded to the application. The plaintiff is ordered to show cause in writing by November 28, 2007 why this court should not recommend to District Judge Feuerstein that the complaint be dismissed for failure to prosecute.

Dated:  Central Islip, New York                      **SO ORDERED:**
           November 14, 2007

                                                                     _____
                                                                     ARLENE ROSARIO LINDSAY
                                                                     United States Magistrate Judge